# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Melissa Ann McPhee** DOB: 1984; United States<br>**Valla Deanne Lee** DOB: 1969; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-07391MJ |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 4, 2022, in the District of Arizona, **Melissa Ann McPhee** and **Valla Deanne Lee**, knowing and in reckless disregard of the fact that certain illegal aliens, including Daniel Torres-Hernandez and Juan Carlos Javier-Angeles had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 4, 2022, in the District of Arizona (Benson), Border Patrol Agents (BPAs) observed a 2003 Nissan Xterra (AZ temporary license plate B2A8FJ) traveling northbound on State Route 90 (SR 90). BPAs noticed the Xterra contained two visible occupants, the windows were heavily tinted and the vehicle was heavily ladened. BPAs drove alongside the Xterra and observed two female passengers. Records checks returned to the Nissan Xterra being registered out of Huachuca City. BPAs attempted a traffic stop near mile marker 297 on SR 90, and the Xterra pulled over to the righthand shoulder of SR 90. As BPAs approached the passenger side of the Nissan Xterra, the BPA observed someone's knee sticking up from the rear cargo area of the vehicle. The driver was identified as **Melissa Ann McPhee**; and the front seat passenger was identified as **Valla Deanne Lee**. BPAs asked **McPhee** to roll down the window on the back door of the vehicle. BPAs again noticed a knee sticking up from the cargo area of the Xterra. **McPhee** stated there was no one in the back. BPAs observed someone laying down in the back of the vehicle. As this passenger was sitting up, another individual laying on the floorboard of the back seat, also began sitting up. BPAs conducted an immigration inspection on the passengers and determined that Daniel Torres-Hernandez and Juan Carlos Javier-Angeles, were citizens of Mexico, without the proper immigration documentation to enter or remain in the U.S. legally.

Material witnesses Daniel Torres-Hernandez and Juan Carlos Javier-Angeles stated they made arrangements to be smuggled into the United States for a fee. Torres-Hernandez stated after crossing into the United States illegally, they were guided through the desert by cell phone. Torres-Hernandez and Javier-Angeles stated they were taken to a trailer house where food and water were provided by a female. Torres-Hernandez stated the next morning this same female knocked on the door and asked for two people to get out and enter her vehicle. The witnesses stated the female made hand gestures to communicate with them. The witnesses stated the female made gestures telling them to enter her vehicle and lay down. Torres-Hernandez stated he heard that lady get into the driver seat and heard another feminine voice in the passenger seat. Javier-Angeles stated he entered a gray vehicle with four doors.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Daniel Torres-Hernandez and Juan Carlos Javier-Angeles

| Detention Requested<br>　　Being duly sworn, I declare that the foregoing is<br>　　true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA HNS/kat. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>June 6, 2022 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54