# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Melissa Ann McPhee,<br><br>　　　　Defendants. | No. CR-22-01667-TUC-JJT<br><br>**ORDER REVOKING SUPERVISED RELEASE**<br><br><u>**USM# 78010-408**</u> |

　　　A petition to revoke supervised release having been filed and a hearing held with the defendant and counsel present, and the defendant having admitted Allegation A, Mandatory Condition No. 1, a Grade B Violation;

　　　**IT IS ORDERED** revoking the defendant's supervised release and committing the defendant to the custody of the Bureau of Prisons for a term of **FOUR (4) MONTHS,** with credit for time served**.** This term shall be served consecutively to the term of imprisonment imposed in CR-23-01389-PHX-JJT.

　　　**IT IS FURTHER ORDERED** no further period of supervised release is imposed in this matter.

　　　**IT IS FURTHER ORDERED** dismissing the remaining allegations of the petition on motion of the government.

　　　The Defendant is remanded into the custody of the United States Marshal.

　　　The Defendant is advised she waived his right to appeal pursuant to the plea agreement.

1       The Court affirms any previous order imposing special assessment, fine or restitution in this case.

      Dated this 8th day of January, 2024.

*[signature]*
Honorable John J. Tuchi
United States District Judge